UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James R. Nolan and Marsha S. Nolan, ) | Civil File No.   07-CV-03420-PAM-JSM |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER OF DISMISSAL** |
| Medtronic Inc. Accidental Death and ) | **WITH PREJUDICE** |
| Dismemberment Insurance Plan and Life ) | |
| Insurance Company of North America, a ) | |
| CIGNA Company, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

_____

Pursuant to the Stipulation of Dismissal with Prejudice executed by Plaintiffs and Defendants,

IT IS HEREBY ORDERED that judgment be entered dismissing the Plaintiffs' claims against Defendants, with prejudice, and without costs or disbursements being assessed or charged to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   June 27 , 2008         BY THE COURT:

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court